# ELECTRONIC RECORD

240-15

COA #14-13-01118-CR

OFFENSE: Capital Murder

STYLE: Daniel Jacob Stiner v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 177th District Court

DATE: February 5, 2015   Publish: No

TC CASE #: 1290078

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Daniel Jacob Stiner v The State of Texas

CCA # _____

_____PRO SE_____   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: __06/03/2015__

JUDGE: ___Per Curiam___

CCA Disposition: __240-15__

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**